NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIRNETX INC. AND SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, NKA Leidos, Inc.,**
*Plaintiffs-Appellees,*

v.

**APPLE INC.,**
*Defendant-Appellant.*

---

2014-1395

---

Appeal from the United States District Court for the Eastern District of Texas in No. 6:13-cv-00211-LED, Judge Leonard Davis.

---

**ON MOTION**

---

**O R D E R**

Apple Inc. moves to stay proceedings in this appeal pending the entry of a judgment in this case by the district court and pending the issuance of this court's mandate in appeal 2013-1489. Virnetx Inc., et al oppose. Apple Inc. moves separately for an extension of time to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay is granted to the extent that proceedings in this appeal are stayed pending issuance of this court's mandate in appeal 2013-1489.

(2) The motion for an extension of time is denied as moot.

(3) The parties are to advise the court within 14 days after the issuance of this court's mandate in appeal 2013-1489 concerning how they believe that this appeal should proceed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26